UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>VICENTE B. GALINDO, AKA VINCENTE BAUTISTA GALINDO, AKA VICENTE-B: GALINDO; VINCENTE BAUTISTA GALINDO TRUST, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-01093-MCE-AC<br><br>*Judge Morrison C. England, Jr.*<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to the Stipulation for Dismissal of Entire Action without Prejudice entered into between plaintiff WELLS FARGO BANK, NA, and defendants VICENTE B. GALINDO, AKA VINCENTE BAUTISTA GALINDO, AKA VICENTE-B: GALINDO; VINCENTE BAUTISTA GALINDO TRUST, and good cause appearing therefrom,

///
///
///
///
///
///

ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

1     IT IS HEREBY ORDERED that this case is dismissed in its entirety without
2 prejudice.
3     IT IS SO ORDERED.
4 Dated: September 6, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE